# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

MICHAEL W. KATELY                         CIVIL ACTION NO. 11-2043-P

VERSUS                                    JUDGE S. MAURICE HICKS, JR.

LOUISIANA DEPARTMENT OF                   MAGISTRATE JUDGE HORNSBY
CORRECTIONS, ET AL.

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's request for appointment of counsel (Record Document 7) be and is hereby **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's civil rights complaint be and is hereby **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e).  The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 29th day of October, 2012.

_S. Maurice Hicks_
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE